IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


Kimberly Ward,                                      :

                Plaintiff            :        Civil Action 2:10-cv-866

  v.                                               :        Judge Graham

ESchool Consultants, LLC,                           :        Magistrate Judge Abel

             Defendant             :


## ORDER

The motion of Alexander Spater and C. Raphael Davis-Williams to withdraw as counsel for plaintiff Kimberly Ward (Doc. 42) is **GRANTED**.

Plaintiff Kimberly Ward is **DIRECTED** to retain new counsel who enters an appearance within 30 days.  If plaintiff does not retain new counsel but wants to continue prosecuting this lawsuit, she must file a statement with the Court within 30 days of the date of this Order stating her intent to represent herself.

The Clerk of Court is **DIRECTED** to serve a copy of this Order on all counsel and upon Plaintiff Kimberly Ward, P.O. Box 24054, Columbus, Ohio 43224.

Defendant's motion for an expedited mental examination (Doc. 43) is, on account of the withdrawal of Plaintiff's counsel, **DENIED WITHOUT PREJUDICE**. Upon the retention of new counsel, or Plaintiff's statement of self-representation, a new case schedule will be established.

                                s/Mark R. Abel
                                United States Magistrate Judge